IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEKA DOI-TOILOLO,<br><br>   Plaintiff,<br><br> vs.<br><br>KAMAILE ACADEMY PUBLIC CHARTER SCHOOL; PAUL KEPKA; LORELLE WOOLSEY; HO'OKAKO'O CORPORATION,<br><br>   Defendant. | CV 25-00550 SASP-RT<br><br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 27, 2026 and served on all parties on March 2, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Application to Proceed in District Court Without Prepaying Fees or Costs and Dismiss the Complaint", ECF No. 7, are adopted as the opinion and order of this Court.

Plaintiff is granted forty-five (45) days from the date of this order to file an amended complaint. Failure to cure the deficiencies identified in the

*Findings and Recommendation to Grant Application to Proceed in District Court Without Prepaying Fees or Costs and Dismiss the Complaint*, ECF No. 7, or failure to timely file an amended complaint may result in dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 2, 2026.



Shanlyn Park
United States District Judge

*Keka Doi-Toilolo v. Kamaile Academy Public Charter School, et al.*; Civil No. 25-00550 SASP-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION